# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

In re: SHAWN MARQUIS WIGGINS                                                                 Chapter 13
                                                                                              Case No.: 17-72902-FJS

    Debtor

## ORDER DENYING CONFIRMATION

**THIS MATTER** came before the Court upon the Standing Trustee's Objection to Confirmation of the Debtor's Chapter 13 Plan filed, October 3, 2017, the parties having advised the Court that this matter has been settled.

**UPON CONSIDERATION WHEREOF**, it appearing that the Debtor and the Standing Trustee have resolved the objection and desire to have an Order entered reflecting such settlement, and for good cause shown, it is

**ORDERED** that the Objection to Confirmation is Sustained. The debtor is to file a Modified Plan on or before December 12, 2017.

It is **FURTHER ORDERED** that if the Debtor fails to comply with the agreed terms of this Order, an Order of Dismissal may be filed with and entered by this Court without further hearing.

**Date Entered:** Nov 7 2017

                                                    **Judge**

Nov 7 2017
_____

                                /s/ Frank J. Santoro
                              _____

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

I ASK FOR THIS:

/s/ Warren A. Uthe, Jr., Esq.

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000

AGREED:

/s/ CHRISTIAN DEGUZMAN, ESQ

Christian Deguzman, Esq
Deguzman Law, Pllc
Janaf Office Building
5900 E Virginia Beach Blvd, Ste 507
Norfolk, VA, 23502
(757) 333-7336

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320

**LOCAL RULE 9022-1(C) CERTIFICATION**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Warren A. Uthe, Jr., Esq.

Warren A. Uthe, Jr. Esq.
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee

Parties to receive copies:

SHAWN MARQUIS WIGGINS
3360 NANSEMOND PARKWAY
SUFFOLK, VA 23434

CHRISTIAN DEGUZMAN, ESQ
DEGUZMAN LAW, PLLC
JANAF OFFICE BUILDING
5900 E VIRGINIA BEACH BLVD, STE 507
NORFOLK, VA 23502

Warren A. Uthe, Jr. Esq.
VSB No. 45116
Counsel for
Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320